BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LILY Y. MIZRAHIE

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LILY Y. MIZRAHIE,<br><br>    Defendant. | No.  CR S-03-0376 DFL<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM MAY 11, 2006 TO JUNE 8, 2006 AT 10:00 A.M. |

Defendant Lily Mizrahe, through her counsel, Bruce Locke, and the United States, through its counsel, John Vincent, agree and stipulate that the status conference set for May 11, 2006 may be continued to June 8, 2006 in order to permit the parties to prepare the necessary paperwork to resolve the case without trial.

The parties stipulate that the time between May 11, 2006 and the status conference on June 8, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to counsels' need to prepare and in the interest of justice. 18 U.S.C. §3161(h)(8)(B)(iv). [Local Code T4]. Mr. Vincent has authorized Mr. Locke to sign this Stipulation and Order for him.

May 9, 2006                                    /S/ - BRUCE LOCKE
                                               BRUCE LOCKE
                                               Counsel for Lily Mizrahe


May 9, 2006                                    /S/ - BRUCE LOCKE for
                                               JOHN VINCENT
                                               Assistant United States Attorney

1

**IT IS SO ORDERED**.

Dated:   May 9, 2006

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

2