BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LILY Y. MIZRAHIE

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-03-0376 DFL |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JUNE 8, 2006 TO AUGUST 10, 2006 AT 10:00 A.M. |
| v. | ) | |
| LILY Y. MIZRAHIE, | ) | |
| Defendant. | ) | |

Defendant Lily Mizrahe, through her counsel, Bruce Locke, and the United States, through its counsel, John Vincent, agree and stipulate that the status conference set for June 8, 2006 may be continued to August 10, 2006 at 10:00 a.m., in order to permit the parties to prepare the necessary paperwork to resolve the case without trial.  The parties had a disagreement over the wording of an agreement but now the disagreement has been resolved and it will be necessary to get the new documents signed.

The parties stipulate that the time between June 8, 2006 and the status conference on August 10, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to counsels' need to prepare and in the interest of justice.  18 U.S.C. §3161(h)(8)(B)(iv).  [Local Code T4].  Mr. Vincent has authorized Mr. Locke to sign this Stipulation and Order for him.

June 7, 2006                          /S/ - BRUCE LOCKE
                                      BRUCE LOCKE
                                      Counsel for Lily Mizrahe

1

1 | June 7, 2006                                    /S/ - BRUCE LOCKE for
                                                    JOHN VINCENT
2 |                                                 Assistant United States Attorney

8 | **IT IS SO ORDERED**.

10 | Dated: 6/8/2006

_____
DAVID F. LEVI
United States District Judge

2