| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | JOHN K. VINCENT |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. Cr.-S-03-376-DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION TO DISMISS |
| v. | ) | INDICTMENT AS TO DEFENDANT LILY |
| | ) | YVONNE MIZRAHE; ORDER THEREON |
| FRANCES DEVERA MORADA, and | ) | |
| LILY YVONNE MIZRAHE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure and an Agreement for Deferred Prosecution, the United States hereby moves the Court, in the interest of justice, for an order dismissing the indictment in this case against defendant LILY YVONNE MIZRAHE since defendant MIZRAHE

///
///
///
///
///
///
///
///

1

has satisfactorily completed an eighteen-month diversion program. (See Attachment A).

DATED: April 11, 2008

McGREGOR W. SCOTT<br>
United States Attorney

By, /s/ John K. Vincent  
JOHN K. VINCENT  
Assistant U.S. Attorney

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the indictment in the above-captioned action as to defendant LILY YVONNE MIZRAHE is hereby dismissed and that bond, if any, is hereby exonerated.

DATED: April 11, 2008

_____  
D. LOWELL JENSEN  
Senior United States District Judge